STUART F. DELERY
Principal Deputy Assistant Attorney General
ELIZABETH J. STEVENS
Assistant Director
ERIN E. BRIZIUS (NY 4821161)
Trial Attorney
District Court Section
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044-0868
Telephone: (202) 616-9131
Facsimile: (202) 305-7000
E-mail: Erin.E.Brizius@usdoj.gov

JS-6

Attorneys for Defendants

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CENTRAL DIVISION

| Olga DADAYAN, *et al.*, | ) Case No.: CV12-08180-JFW-MRW |
|---|---|
| Plaintiffs, | ) |
| v. | ) ORDER |
| Eric HOLDER, Attorney General of the United States, *et al.*, | ) |
| Defendants. | ) |

The Stipulation to Dismiss Without Prejudice, and without any cost or fees to either party, is granted.

IT IS SO ORDERED.

DATED: January 23, 2013

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE